**OFFICE OF THE IMPARTIAL ARBITRATOR**
------------------------------------------X
In The Matter Of The Arbitration

       between

New York City District Council of Carpenters
Pension Fund, New York City District Council of
Carpenters Welfare Fund, New York City
District Council of Carpenters Vacation Fund,
New York City District Council of Carpenters
Annuity Fund, New York City District Council       **CONSENT**
of Carpenters Apprenticeship, Journeyman
Retraining, Educational and Industry Fund,       **AWARD**
New York City District Council of Carpenters
Charity Fund, United Brotherhood of Carpenters
and Joiners of America Fund and New York City
and Vicinity Joint Labor Management Cooperation
Trust Fund, by Michael J. Forde and Paul
O'Brien, as Trustees
                               (Funds)
    -and-

C & M INTERIORS INC.
                             (Employer)
------------------------------------------X
BEFORE:  Robert Herzog, Esq.

    C & M Interiors Inc. (hereinafter referred to as the "Employer") and the District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America, are parties to a Collective Bargaining Agreement providing for arbitration of disputes before the undersigned Arbitrator as Impartial Arbitrator, and in which the Employer has therein agreed, for the duration of the agreement, to pay contributions toward employee benefit funds (hereinafter collectively referred to as the "Funds").  The Funds, as beneficiary of the Collective Bargaining Agreement, have standing before the Arbitrator.  In accordance

1

therewith, the Funds, by a December 26, 2006 Notice of Intention to Arbitrate, demanded arbitration. The Funds alleged the Employer failed to make benefit contributions to the Funds for the period April 18, 2006 to June 20, 2006 as required by the Collective Bargaining Agreement. A Notice of Hearing, dated January 19, 2007, advised the Employer and the Funds that an arbitration hearing was scheduled for February 13, 2007.

On February 13, 2007, at the place and time designated by the January 19, 2007 Notice of Hearing, Steven Kasarda, Esq. appeared on behalf of the Funds; Carmine Castiello, President of C & M Interiors Inc., appeared on behalf of the Employer. During the February 13, 2007 arbitration hearing, the parties advised the Arbitrator that they had succeeded in effecting an amicable resolution of the above dispute. Each element of the Consent Award was read into the record during the arbitration proceeding. Carmine Castiello, on behalf of the Employer, and Steven Kasarda, Esq., on behalf of the Funds, each was asked if he, on behalf of their respective parties, understood and agreed to each said provision. Both Carmine Castiello and Steven Kasarda, Esq. individually acknowledged his full consent to each of the following elements of the Consent Award by reciting his affirmative attestation into the record:

## **CONSENT AWARD**

1. During the April 18, 2006 through June 20, 2006 period, C & M Interiors Inc. was bound to a Collective Bargaining Agreement with

the District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America.

2. During the April 18, 2006 through June 20, 2006 period, C & M Interiors Inc. failed to make Collective Bargaining Agreement mandated contributions to the Funds in the sum of sixty-six thousand six hundred eighty-eight dollars and forty-two cents ($66,688.42).

3. C & M Interiors Inc. agrees to pay to the Funds the principal deficiency amount plus other contractual and trust document authorized amounts as follows:

| | |
|---|---|
| Principal Due | $ 66,688.42 |
| Interest Due | 5,131.45 |
| Late Payment Interest | 872.85 |
| Liquidated Damages | 13,337.68 |
| Promotional Fund | 190.00 |
| Court Costs | 350.00 |
| Audit Costs | 500.00 |
| Attorney's Fee | 1,500.00 |
| Arbitrator's Fee | 500.00 |
| TOTAL | $ 89,070.40 |

4. C & M Interiors Inc. agrees to pay the District Council Carpenters Benefit Funds the aggregate amount of eighty-nine thousand seventy dollars and forty cents ($89,070.40) with interest to accrue at the rate of 10% from the date of this Award.

Dated: February 28, 2007

_Robert Herzog_
Robert Herzog
Arbitrator

State of New York  )

County of Rockland )

    I, Robert Herzog, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

                                                                           Robert Herzog

Dated: February 27, 2007                Arbitrator

To:  C & M Interiors Inc.
     Attn: Carmine Castiello, President
     157 Walsh Road
     Yonkers, New York 10701

     Steven Kasarda, Esq.
     New York City District Council Carpenters Benefit Funds
     395 Hudson Street
     New York, New York 10014