UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 4822 (PAC)
ECF CASE

**DEFAULT JUDGMENT**

                                        Plaintiffs,

            -against-

C & M INTERIORS INC.,

                                        Defendant.
------------------------------------------------------------------------X

This action having been commenced on June 6, 2007 by the filing of a Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant C & M

Interiors Inc. on June 13, 2007 by delivering two (2) true copies of the same to the Secretary of the

State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a proof of

service having been filed on June 18, 2007 and the defendant not having answered the Complaint, and

the time for answering the Complaint having expired, and the Clerk of the Court having issued its

certificate of default on July 24 2007, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against

Defendant, pursuant to the arbitration award, in the principal amount of $89.070.40 plus interest of ten

percent (10%) per annum from the date of said award, February 28, 2007, through the date of entry of

this judgment, totaling _____, in addition to attorneys' fees and costs in the amount of

$1,185.00 for a total of _____.


Dated: _____
      New York, New York

 

                                                        _____
                                                         Honorable Paul A. Crotty
                                                         United States District Judge

                                                         This document was entered on the docket
                                                         on _____.

e. such other and further relief as this Court may deem just and proper;

_____
ANDREW GRABOIS (AG 3192)

Sworn to before me this
27th day of July, 2007

_____
NOTARY PUBLIC

NICHOLAS HANLON
Notary Public, State of New York
No. 02HA6167368
Qualified in Westchester County
Commission Expires May 29, 2011