STATE OF NEW YORK    )
                             :SS.:
COUNTY OF NEW YORK  )

ALLISON ROTHMAN, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in New City, New York. On the 27th day of July, 2007, I served plaintiffs' **NOTICE OF MOTION and SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:    C & M Interiors Inc.
        157 Walsh Road
        Yonkers, NY 10701

ALLISON ROTHMAN

Sworn to before me this
27th day of July, 2007

NOTARY PUBLIC
NICHOLAS HANLON
Notary Public, State of New York
No. 02HA6167368
Qualified in Westchester County
Commission Expires May 29, 2011